1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant RHEE
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR-09-0042 SBA [WDB]
                                       )
12              Plaintiff,             )   STIPULATION AND [PROPOSED]
                                       )   ORDER PERMITTING DEFENDANT TO
13  vs.                                )   RESIDE AT HOME
                                       )
14  ALEXANDER RHEE,                    )
                                       )
15              Defendant.             )
    _____   )

16

17         By Order of this Court, Alexander Rhee has been at the Cornell Corrections halfway

18  house since February 12, 2009.  It is hereby STIPULATED that the release conditions in this case

19  be modified to permit Mr. Rhee to reside with his mother in Berkeley, California.  All other

20  conditions previously set shall remain in effect.  Counsel for Mr. Rhee has conferred with Pretrial

21  Services;

22

23

24

25

26  //

1    Pretrial Services has conducted a home visit and supports the proposed modification.

2

3    SO STIPULATED.                              /S/

4    Date:   June 17, 2009
                                                 _____
5                                                JOHN PAUL REICHMUTH
                                                 Assistant Federal Public Defender
6                                                Counsel for Mr. Rhee

7
                                                 /S/
8    Date:  June 18, 2009
                                                 _____
9                                                WILLIAM DOUGLAS SPRAGUE
                                                 Assistant United States Attorney

10

11   I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature
     (/S/) within this e-filed document.

12

13

14                                  **ORDER**

15          IT IS HEREBY ORDERED that Mr. Rhee's release conditions shall be modified to

16   permit Mr. Rhee to reside with his mother in Berkeley, California.  All other conditions

17   previously set shall remain in effect.

18   SO ORDERED.

19

20   Dated:   June 18, 2009
                                                 _____
21                                               Honorable Wayne D. Brazil
                                                 United States Magistrate Judge

22

23

24

25

26