IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0042-01 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| ALEXANDER RHEE, | |
| Defendant. | |

Pursuant to the stipulation submitted to the Court on November 12, 2009, the Court hereby FINDS that pursuant to 18 U.S.C. Section 3161(h)(7)(A), (B)(iv) the time period from November 18, 2009 to **December 8, 2009 at 10:00 a.m.** shall be excluded under the Speedy Trial Act for effective preparation and continuity of counsel. The parties have stated counsel for defendant Alexander Rhee is unavailable on November 18, 2009. Based on this finding, IT IS HEREBY ORDERED THAT the hearing is continued from November 17, 2009 to **December 8, 2009 at 10:00 a.m.** for change of plea and judgment and sentencing.

IT IS SO ORDERED.

Dated: 11/16/09

SAUNDRA BROWN ARMSTRONG
United States District Judge